MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br>    v. <br> RAYMOND FALCON GALLEGOS, <br>    Defendant. | No. CR 11-00592 EJD <br><br> STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 6, 2012 TO AUGUST 27, 2012 |

    The defendant, RAYMOND FALCON GALLEGOS, represented by JAMES MCNAIR THOMPSON, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, hereby stipulate and request to continue the August 6, 2012 status hearing for three weeks to August 27, 2012. The defendant is currently undergoing a Court ordered competency evaluation. Furthermore, the defense investigation is ongoing. The purpose of the continuance is to allow additional time for the completion of the competency evaluation , as well as for necessary defense investigation.

//

//

//

*Stipulation and [Proposed] Order*
CR 11-00592 EJD

1    Time has been continued through August 6, 2012.  Counsel requests that time be
2 excluded under the Speedy Trial Act between August 6, 2012 and the next court appearance
3 because additional time is necessary to complete the competency evaluation process, to review
4 the discovery, and to conduct necessary investigation.
5    IT IS SO STIPULATED.

7 Dated: August 2, 2012                              /s/
                                           JAMES MCNAIR THOMPSON
8                                          Attorney for Defendant
                                           RAYMOND FALCON GALLEGOS

11 Dated: August 2, 2012                             /s/
                                           DANIEL R. KALEBA
12                                         Assistant United States Attorney

14    Based upon the representation of counsel and for good cause shown, the Court finds that
15 failing to exclude the time between August 6, 2012 and [August 27, 2012] would unreasonably
16 deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
17 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
18 3161(h)(7)(B)(iv).  The Court ordered competency evaluation is also ongoing.  18 U.S.C. §
19 3161(h)(1)(A).  The Court further finds that the ends of justice served by excluding the time
20 between August 6, 2012 and [August 27, 2012] from computation under the Speedy Trial Act
21 outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
22 HEREBY ORDERED that the time between August 6, 2012 and [August 27, 2012] shall be
23 excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(1)(A) and
24 3161(h)(7)(A) and (B)(iv).

26 DATED: __August 3, 2012__               _____
                                           EDWARD J. DAVILA
27                                         United States District Judge

*Stipulation and [Proposed] Order*
CR 11-00592 EJD                    2