1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   THOMAS M. O'CONNELL (NYSBN 1501950)
    DANIEL R. KALEBA  (CABN 223789)
5   Assistant United States Attorney

6    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
7    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
8    E-Mail:  daniel.kaleba@usdoj.gov

9   Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,          )     No.    CR 11-00592 EJD
                                       )
14        Plaintiff,                   )
                                       )     STIPULATION AND [PROPOSED]
15            v.                       )     ORDER TO CONTINUE SENTENCING
                                       )     DATE
16  RAYMOND FALCON GALLEGOS,           )
                                       )
17        Defendant.                   )
                                       )
18

19        Defendant Raymond Gallegos is set to be sentenced on December 17, 2012.  The parties

20  have been advised by the Probation Office that its presentence investigation is ongoing.  The

21  parties jointly request additional time for sentencing to allow the necessary investigation by the

22  defense and the Probation Office to ensure the Court has information relevant to sentencing.

23  //

24  //

25  //

26  //

27  //

28  //


    STIPULATION

1    Accordingly, the parties jointly stipulate and request the sentencing date be continued to

2    February 11, 2013.

3

4

5    Dated: December 11, 2012                          Respectfully submitted,

6                                                      MELINDA HAAG
                                                       United States Attorney
7

8                                                      ___/s/_____
                                                       DANIEL R. KALEBA
9                                                      Assistant United States Attorney

10

11
     Dated: December 11, 2012                          ___/s/_____
12                                                     JAMES MCNAIR THOMPSON
                                                       Attorney for Raymond Gallegos
13

14

15

16      Based on the above, and for good cause shown,

17      IT IS HEREBY ORDERED:

18      That the December 17, 2012 sentencing of the defendant is hereby continued to February

19   11, 2013.

20

21

22   Dated:    12/12/2012          

23                                                     HON. EDWARD J. DAVILA
                                                       United States District Judge
24

25

26

27

28

STIPULATION                                2